UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WEST,<br><br>   Plaintiff,<br><br>  v.<br><br>SANTA CLARA VALLEY TRANSPORTATION AUTHORITY,<br><br>   Defendant. | Case No. 23-cv-04554-NC<br><br>**ORDER OF SERVICE**<br><br>Re: ECF 35 |

  This Court finds James West has cured the deficiencies identified in his prior complaints and orders service of his third amended complaint on Defendant. A federal court must screen any complaint filed by a plaintiff proceeding *in forma pauperis* to ensure the complaint is not frivolous, states a claim, and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). *Pro se* pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). Upon review of West's allegations, this Court finds that, liberally construed, James West has stated a claim under Title VI of the Civil Rights Act, 42 U.S.C § 2000d. Defendant is not precluded from moving to dismiss this or any of the claims in the complaint. *Norsworthy v. Beard*, 87 F. Supp. 3d 1104, 1111 n.4 (N.D. Cal. 2015) ("The issuance of a screening order . . . finding that [Plaintiff] has stated a cognizable claim does not foreclose Defendants from moving to dismiss the complaint."). For purposes of the screening order, this Court has assumed the facts alleged are true and has not considered

defenses that might be raised by the Defendant.

The clerk of the court shall mail a Notice of Lawsuit and Request for Waiver of Service of Summons, a copy of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto, a magistrate judge consent form, and a copy of this order to Defendant. Additionally, the clerk shall mail a copy of this order to Plaintiff.

West has already consented to magistrate judge jurisdiction. ECF 6. Defendant is asked to file a consent or declination to magistrate judge jurisdiction within 14 days.

A case management conference in this matter is set for June 26, 2024, at 10:00 a.m. by phone, with joint update due on June 20, 2024.

**IT IS SO ORDERED.**

Dated: April 17, 2024  _____
NATHANAEL M. COUSINS
United States Magistrate Judge